FILED: August 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2340
(1:17-cv-00258-CCE-JEP)

_____

MARQUETA WELTON

      Plaintiff - Appellant

v.

DURHAM COUNTY; DURHAM COUNTY BOARD OF COUNTY COMMISSIONERS; WENDELL DAVIS, in his individual and official capacity; KATHY EVERETT-PERRY, in her individual and official capacity

      Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK